**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Patrick A. WRIGHT, Defendant–Appellant.**

No. 05–31082
Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 25, 2006.

Cristina Walker, Assistant U.S. Attorney, James G. Cowles, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Louisiana, Shreveport, LA, for Plaintiff–Appellee.

Walter M. Caldwell, IV, West Monroe, LA, for Defendant–Appellant.

Before JOLLY, DeMOSS, and STEWART, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

The attorney appointed to represent Patrick A. Wright has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Wright filed a response in which he alleges that he received ineffective assistance of counsel. The record is not sufficiently developed to allow us to fairly evaluate the merits of this issue. Therefore, it is not reviewable on direct appeal. *See United States v. Higdon*, 832 F.2d 312, 313–14 (5th Cir.1987).

Our independent review of counsel's brief, Wright's response, and the record discloses no nonfrivolous issues for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.